# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND

Civil Action No. 05-cv-45-HRW

GLENDA LESTER,                                                              PLAINTIFF,

v.                                    **JUDGMENT**

JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,                     DEFENDANT.


In conformity with the Memorandum Opinion and Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.  pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B.  the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby;

C.  this action is **STRICKEN** from the active docket of the Court.

This 11th day of October, 2005.

_____
HENRY R. WILHOIT, JR.
SENIOR U. S. DISTRICT JUDGE